**No. 66345.**—Norman G. Jensen, Inc. *v.* United States, protest 60/31167 (Minneapolis).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise consists of paper, coated with abrasives, not containing over 0.2 percent of boron, columbium, niobium, molybdenum, tantalum, tungsten, or uranium, or over 0.3 percent of chromium, or over 0.1 percent of vanadium, the claim of the plaintiff was sustained.